UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARTHA KNIGHT., | ) |
| Plaintiff, | ) No. 4:18-CV-2089 RLW |
| v. | ) |
| G4S SECURE SOLUTIONS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND JUDGMENT

**IT IS HEREBY ORDERED** that the Stipulated Dismissal with Prejudice (ECF No. 56) is **GRANTED**. Plaintiff's action is **DISMISSED** with prejudice. Each party shall bear her/its own attorneys' fees and costs.

Dated this 20th day of November, 2019.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE